IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANDY RYAN HEIN,

    Petitioner,                                            ORDER

v.

                                                       Case No. 15-cv-261-jdp

STATE OF WISCONSIN,

    Respondent.

Petitioner Shandy Ryan Hein, a patient at Mendota Mental Health Institute, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner requests leave to proceed without prepayment of the filing fee. Petitioner has supported this request with an affidavit of indigency and a resident account statement from the institution. Having considered petitioner's affidavit of indigency and the resident account statement, I will grant petitioner's application for leave to proceed without prepayment of the filing fee on the condition that petitioner pay $2.85.

ORDER

IT IS ORDERED that:

1. Petitioner Shandy Ryan Hein's motion for leave to proceed without prepayment of the filing fee is GRANTED. Petitioner shall submit a check or money order made payable to the "Clerk of Court" in the amount of $2.85 on or before June 5, 2015.

2. If by June 5, 2015 petitioner fails to make the partial payment or show cause for his failure to do so, this case will be dismissed without further notice.

Entered this 12th day of May, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge