IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHANDY RYAN HEIN,

                Petitioner,

v.                                       ORDER

STATE OF WISCONSIN,                    15-cv-261-jdp

                Respondent.

---

Pro se petitioner Shandy Hein has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. After screening the petition, I directed petitioner to show cause why it should not be dismissed. Dkt. 5. I concluded that the petition did not appear to be timely and that petitioner had likely procedurally defaulted the claims that he presented for habeas review. *Id.* I gave petitioner until April 26, 2016, to respond to my order, and I warned him that if he failed to respond, then I would dismiss his petition. *Id.* The deadline for a response has now passed and petitioner has not responded to my order.

Accordingly, IT IS ORDERED that:

1. Petitioner Shandy Ryan Hein's petition for a writ of habeas corpus is DISMISSED without prejudice.
2. The clerk of court is directed to close this case.

Entered June 2, 2016.

BY THE COURT:
/s/

_____
JAMES D. PETERSON
District Judge