IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANDY RYAN HEIN,

     Petitioner,                             JUDGMENT IN A CIVIL CASE

v.                                     Case No. 15-cv-261-jdp

STATE OF WISCONSIN,

     Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing

Shandy Ryan Hein's petition for a writ of habeas corpus under 28 U.S.C. § 2254

without prejudice.

     /s/                                         6/2/2016

Peter Oppeneer, Clerk of Court                  Date